

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00006-CV**

| | | |
|---|---|---|
| Fort Worth Independent School District | § | From the 271st District Court |
| | § | of Wise County (CV10-10-820) |
| v. | § | January 9, 2014 |
| Joseph Palazzolo | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court denying Fort Worth Independent School District's motion for summary judgment is reversed and we render a judgment that Joseph Palazzolo take nothing on his claims under the Whistleblower Act. *See* Tex. R. App. P. 43.2(c).

It is further ordered that Appellee Joseph Palazzolo shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier